# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**JENNIFER CLANTON**
        Plaintiff

    vs.                            **CASE NUMBER: 5:11-cv-997 (DNH)**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's motion for judgment on the pleadings is GRANTED. The Commissioner's decision denying plaintiff disability benefits is AFFIRMED and the complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 25th day of October, 2013.

DATED: October 25, 2013

_Lawrence K. Baerman_
Clerk of Court

s/  Nicole Killius
Deputy Clerk